| | |
|---|---|
| UNITED STATES BANKRUPTCY COURT DISTRICT OF NEW JERSEY | |
| Caption in Compliance with D.N.J. LBR 9004-2(c) COLE, SCHOTZ, MEISEL, FORMAN & LEONARD, P.A. A Professional Corporation Court Plaza North 25 Main Street P.O. Box 800 Hackensack, New Jersey 07602-0800 (201) 489-3000 (201) 489-1536 Facsimile Attorneys for Defendant, Educational Credit Management Corporation | |
| In Re: CATALINA VELASQUEZ,                  Debtor. | Case No. 04-35597 (RTL) |
| CATALINA VELASQUEZ,                  Plaintiff,    v. EDUCATIONAL CREDIT MANAGEMENT CORPORATION,                  Defendant. | Chapter 7 Judge: Raymond T. Lyons Adv. Pro. No. 11-02367 (RTL) |

**ORDER IN RESPONSE TO EDUCATIONAL CREDIT MANAGEMENT CORPORATION'S ("ECMC") MOTION TO DISMISS PLAINTIFF'S COMPLAINT WITH PREJUDICE OR, ALTERNATIVELY, TO COMPEL DISCOVERY AND AWARD COSTS AND COUNSEL FEES**

The relief set forth on the following page, numbered two (2), is hereby **ORDERED**.

40475/0205-8398246v1

(Page 2)
Debtor:              CATALINA VELASQUEZ
Adv. Pro. No:        11-02367 (RTL)
Caption of Order:    ORDER IN RESPONSE TO EDUCATIONAL CREDIT
                     MANAGEMENT CORPORATION'S ("ECMC") MOTION TO
                     DISMISS PLAINTIFF'S COMPLAINT WITH PREJUDICE OR,
                     ALTERNATIVELY, TO COMPEL DISCOVERY AND AWARD
                     COSTS AND COUNSEL FEES

THIS MATTER having been opened to the Court by Cole, Schotz, Meisel, Forman & Leonard, P.A., attorneys for Defendant Educational Credit Management Corporation ("ECMC"), upon motion for entry of an order dismissing Plaintiff's complaint, with prejudice, based on Plaintiff's failure to respond to ECMC's discovery requests or, alternatively, to compel Plaintiff to respond to ECMC's discovery requests and for costs and counsel fees; and due notice appearing; and for good cause shown,

IT IS hereby ordered as follows:

1.  Plaintiff's complaint in the above-captioned adversary proceeding is hereby dismissed with prejudice.

ALTERNATIVE RELIEF:

2.  Plaintiff shall fully respond to ECMC's discovery requests within ten (10) days of the date of this Order.

3.  Plaintiff shall pay to ECMC the reasonable costs and counsel fees expended by ECMC's counsel in connection with the preparation and prosecution of this motion upon submission of an appropriate Certification of Services.

4.  Counsel for ECMC shall serve a copy of this Order on Plaintiff within five (5) days of receipt via certified and regular mail.

40475/0205-8398246v1